**United States District Court**
For the Northern District of California

1          *E-Filed 8/19/11*

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10   EVA CADER,                                    No. C 11-03079 RS

11              Plaintiff,

12        v.                                       **ORDER DENYING MOTION TO
                                                   STRIKE ANSWER OF NDEX WEST
                                                   WITHOUT PREJUDICE**
13   WELLS FARGO, NA, successor by merger
     to Wells Fargo Bank, f/k/a Wachovia
14   Mortgage FSB, f/k/a World Savings Bank
     FSB; NDEX WEST, LLC; and OTHER AS
15   YET UNNAMED DEFENDANTS,

16              Defendants.

17   _____/

18

19        On July 17, 2011, plaintiff Eva Cader filed a motion to strike defendant NDEX West's

20   answer to her complaint.  The motion is presently scheduled for hearing on August 25, 2011.  Cader

21   subsequently filed a first amended complaint on August 4, 2011.  Accordingly, the motion to strike

22   is denied without prejudice and the hearing is vacated.  Plaintiff may renew her motion to strike, if

23   she wishes, in response to any answer filed by NDEX West to the first amended complaint.

24

25        IT IS SO ORDERED.

26

27   Dated:  8/19/11

28                              _____
                                RICHARD SEEBORG
                                UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

**Eva Cader**
420 Ridgewood Court
Antioch, CA 94509

Dated:  8/19/11                                    /s/ Chambers Staff
                                                    _____

                                                    Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California

No. C 11-03079 RS
ORDER DENYING MOTION TO STRIKE

2