*E-Filed 8/19/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVA CADER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, NA, successor by merger to Wells Fargo Bank, f/k/a Wachovia Mortgage FSB, f/k/a World Savings Bank FSB; NDEX WEST, LLC; and OTHER AS YET UNNAMED DEFENDANTS,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-03079 RS<br><br>**ORDER DENYING MOTION TO STRIKE ANSWER OF NDEX WEST WITHOUT PREJUDICE** |

On July 17, 2011, plaintiff Eva Cader filed a motion to strike defendant NDEX West's answer to her complaint. The motion is presently scheduled for hearing on August 25, 2011. Cader subsequently filed a first amended complaint on August 4, 2011. Accordingly, the motion to strike is denied without prejudice and the hearing is vacated. Plaintiff may renew her motion to strike, if she wishes, in response to any answer filed by NDEX West to the first amended complaint.

IT IS SO ORDERED.

Dated: 8/19/11

　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

**Eva Cader**
420 Ridgewood Court
Antioch, CA 94509

Dated:  8/19/11                                        /s/ Chambers Staff

                                                                        Chambers of Judge Richard Seeborg