**\*E-Filed 9/15/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EVA CADER,

    Plaintiff,

v.

WELLS FARGO, N.A., successor by merger to Wells Fargo Bank, f/k/a Wachovia Mortgage FSB, f/k/a World Savings Bank FSB; et al.,

    Defendants.
_____/

No. C 11-03079 RS

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME, CONTINUING HEARING ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE, AND CONTINUING CASE MANAGEMENT CONFERENCE**

    Defendant Wachovia Mortgage (sued as Wells Fargo, N.A.) brings a motion to dismiss and a motion to strike pro se plaintiff Eva Cader's first amended complaint. Shortly before her opposition to these motions was due, Cader filed a motion seeking to extend her deadline to respond by sixty days. She explains that the purpose of this suit was to enjoin the foreclosure sale of her home, which has since taken place. She requests the additional time to evaluate the changed circumstances and to seek the assistance of counsel.

    In response, Wachovia seeks to move the Case Management Conference presently scheduled for September 29, 2011 until after the hearing date on its motions. In light of Cader's pro se status, Wachovia states that it does not oppose her requested extension. Accordingly, Cader's motion for an extension of time is granted, although her requested hearing date is modified by the Court as stated below. Wachovia's motion to continue the Case Management Conference also is granted.

Cader's opposition to Wachovia's motions to dismiss and to strike shall be filed with the Court no later than **November 8, 2011**. The hearing on these motions presently scheduled for October 6, 2011 is continued to **December 1, 2011 at 1:30 p.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The Case Management Conference is continued to **January 19, 2012 at 10:00 a.m.** in Courtroom 3. The parties shall file a Joint Case Management Statement at least one week prior to the conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Cader may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782-9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.

IT IS SO ORDERED.

Dated:  9/15/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Eva Cader**
420 Ridgewood Court
Antioch, CA 94509

DATED:  9/15/11

                                          /s/ Chambers Staff
                                          Chambers of Judge Richard Seeborg