*E-Filed 10/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EVA CADER,

        Plaintiff,

   v.

WELLS FARGO, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK, F/K/A WORLD SAVINGS BANK FSB; NDEX WEST LLC. AND OTHER AS YET UNAMED DEFENDANTS,

        Defendants.
_____/

No. C 11-03079 RS

**ORDER**

On October 6, 2011, plaintiff filed a motion to show cause why defendants should not be held in criminal contempt, and a separate motion for civil contempt and sanctions. However, neither motion was not properly noticed under Local Rule 7-2. Plaintiff is instructed that all future filing must comply with the Local Rules. In addition, plaintiff is informed that she may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782-9000 x8657, or signing up for an appointment on the 15th floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.

While plaintiff has not complied with the Local Rules, plaintiff's motion will be deemed suitable for consideration. Defendants are ordered to file an opposition to plaintiff's motions by

No. C 11-03079 RS
ORDER

October 21, 2011, not in excess of 10 pages. The papers will be taken under submission without a hearing.

IT IS SO ORDERED.

Dated: 10/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE