**United States District Court**
For the Northern District of California

1          *E-Filed 10/7/11*

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN FRANCISCO DIVISION

9

10   EVA CADER,                              No. C 11-03079 RS

11            Plaintiff,

12      v.                                   **ORDER**

13   WELLS FARGO, NA SUCCESSOR BY
     MERGER TO WELLS FARGO BANK,
14   F/K/A WORLD SAVINGS BANK FSB;
     NDEX WEST LLC. AND OTHER AS YET
15   UNAMED DEFENDANTS,

16            Defendants.

17   _____/

18          On October 6, 2011, plaintiff filed a motion to show cause why defendants should not be

19   held in criminal contempt, and a separate motion for civil contempt and sanctions.  However, neither

20   motion was not properly noticed under Local Rule 7-2.  Plaintiff is instructed that all future filing

21   must comply with the Local Rules.  In addition, plaintiff is informed that she may seek assistance

22   from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling

23   415/782-9000 x8657, or signing up for an appointment on the 15th floor of the Courthouse, Room

24   2796.  At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide

25   basic legal help but not legal representation.

26          While plaintiff has not complied with the Local Rules, plaintiff's motion will be deemed

27   suitable for consideration.  Defendants are ordered to file an opposition to plaintiff's motions by

28

1   October 21, 2011, not in excess of 10 pages.  The papers will be taken under submission without a

2   hearing.

3           IT IS SO ORDERED.

4

5   Dated: 10/7/11

6                                   RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE

7

**United States District Court**
For the Northern District of California