| | |
|---|---|
| 1 | MITCHELL L. ABDALLAH #231804 |
| | ABDALLAH LAW GROUP, P.C. |
| 2 | 555 Capitol Mall, Ste. 725 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 446-1974 |
| 4 | Facsimile: (916) 446-3371 |

Attorney for Plaintiff,
EVA CADER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVA CADER; | Case No. C 11-03079 RS |
| Plaintiff, | **SUBSTITION OF ATTORNEY AND** |
| vs. | [~~PROPOSED~~] **ORDER** |
| WELLS FARGO BANK, N.A. Successor by Merger to Wells Fargo Bank fka Wachovia Mortgage FSB fka World Savings Bank FSB; and NDEX WEST LLC, et al, | |
| Defendants. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Plaintiff hereby substitutes Mitchell L. Abdallah of Abdallah Law Group, P.C, located at 555 Capitol Mall, Ste. 725, Sacramento, CA 95814 as her attorney of record in the above-referenced action in place of herself as Pro Per.

Dated: 1-3-2012

*/s/ Eva Cader*
EVA CADER, Plaintiff

///

1.

*SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER*

1     I ACCEPT THIS SUBSTITION (new legal counsel).

2   Dated: __1/4/12__                            ABDALLAH LAW GROUP, P.C.

3                                                             By: _____

4                                                                 Mitchell L. Abdallah, Esq.
                                                                   Attorney for Plaintiff

5

6

7     I CONSENT TO THE ABOVE SUBSTITUTION (former legal counsel).

8   Dated: __1-3-2011__                                 EVA CADER

9                                                             By: _____

10                                                                  Eva Cader, Pro Per

11

12 ///
13 ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2.

*SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER*

1 [PROPOSED] ORDER

2 The foregoing substitution of attorney is authorized by the court.

3

4 IT IS SO ORDERED.

5

6 DATED: 1/5/12

*[signature]*
United States District Judge