JAN - 4 2012

MITCHELL L. ABDALLAH #231804
ABDALLAH LAW GROUP, P.C.
555 Capitol Mall, Ste. 725
Sacramento, CA 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorney for Plaintiff,
EVA CADER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVA CADER;<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A. Successor by Merger to Wells Fargo Bank fka Wachovia Mortgage FSB fka World Savings Bank FSB; and NDEX WEST LLC, et al,<br><br>Defendants. | **Case No. C 11-03079 RS**<br><br>**SUBSTITION OF ATTORNEY AND ~~[PROPOSED]~~ ORDER** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Plaintiff hereby substitutes Mitchell L. Abdallah of Abdallah Law Group, P.C, located at 555 Capitol Mall, Ste. 725, Sacramento, CA 95814 as her attorney of record in the above-referenced action in place of herself as Pro Per.

Dated: 1-3-2012

Eva Cader
EVA CADER, Plaintiff

///

I ACCEPT THIS SUBSTITION (new legal counsel).

Dated: 1/4/12

ABDALLAH LAW GROUP, P.C.

By: ____________________
Mitchell L. Abdallah, Esq.
Attorney for Plaintiff

I CONSENT TO THE ABOVE SUBSTITUTION (former legal counsel).

Dated: 1-3-2011

EVA CADER

By: Eva Cader
Eva Cader, Pro Per

///
///

~~[PROPOSED]~~ ORDER

The foregoing substitution of attorney is authorized by the court.

IT IS SO ORDERED.

DATED: 1/5/12

United States District Judge