*E-Filed 2/23/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVA CADER, | No. C 11-03079 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| WELLS FARGO, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK, F/K/A WACHOVIA MORTGAGE FSB, F/K/A WORLD SAVINGS BANK FSB; NDEX WEST LLC., *and other as-yet-unnamed defendants*, | |
| Defendants. | |

To permit the parties to engage in mediation, the hearing on defendants' pending motion to dismiss, previously scheduled for March 29, 2012, is hereby vacated and continued until **June 28, 2012 at 1:30 p.m. in Courtroom3, 17th Floor, San Francisco Federal Building and Courthouse.** If plaintiff opts to file an opposition brief, she must do so by June 14, 2012.  Should defendants elect to reply, they must do so by June 21, 2012.  The Court reserves the right to take the motion under submission without oral argument pursuant to Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: 2/23/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-03079 RS
ORDER