UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EVA CADER,<br>　　　　Plaintiff, | No. C 11-3079 RS |
| v. | **ORDER RE: ATTENDANCE** |
| WELLS FARGO, NA, et al.,<br>　　　　Defendants.<br>_____/ | Date:　　　May 4, 2012<br>Mediator:　David Garcia |

　　　IT IS HEREBY ORDERED that the request to excuse defendant Wells Fargo, NA's representative from appearing in person at the May 4, 2012, mediation before David Garcia is GRANTED. The representative shall be available to participate in the mediation at all times by telephone, in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the Wells Fargo representative is interfering with the mediation process, the mediator may decide to terminate the telephonic appearance and set a new mediation date with personal appearances required by all parties.

　　　IT IS SO ORDERED.

May 3, 2012　　　　　　　　　　By:　_____
_____                                    Donna M. Ryu
Dated                                         United States Magistrate Judge

[GRANTED — Judge Donna M. Ryu signature stamp]