1
2
3
4
5
6
7                       UNITED STATES  DISTRICT COURT
8                        Northern District of California
9                             Oakland Division
10
11   EVA CADER,
                    Plaintiff,                    No. C 11-3079 RS
12
            v.                                    **ORDER RE: ATTENDANCE**
13   WELLS FARGO, NA, et al.,
                    Defendants.                   Date:       May 4, 2012
14   _____/            Mediator:   David Garcia
15
16        IT IS HEREBY ORDERED that the request to excuse defendant Wells Fargo, NA's

17   representative from appearing in person at the May 4, 2012, mediation before David Garcia is

18   GRANTED.  The representative shall be available to participate in the mediation at all times by

19   telephone, in accordance with ADR L.R. 6-10(f).  However, if the mediator determines that the

20   telephonic appearance by the Wells Fargo representative is interfering with the mediation process,

21   the mediator may decide to terminate the telephonic appearance and set a new mediation date with

22   personal appearances required by all parties.

23        IT IS SO ORDERED.

24   _____        By: _____

25   Dated
                                              Donna M. Ryu
26                                            United States Magistrate Judge

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California